IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SEAN DIVERS, Special Administrator of the ESTATE OF PENNI DIVERS; and SEAN DIVERS, Individually,<br><br>    Plaintiffs,<br><br> vs.<br><br>ALBERT HALLS, M.D.; PEOPLES' HEALTH CENTER; LISA YOUNG, A.P.R.N., R.N., M.S.N.; PLAZA WEST PSYCHIATRISTS L.L.C.; COMMUNITY MENTAL HEALTH CENTER OF LANCASTER COUNTY; WAGEYDRUG CO.; WAL-MART STORES, INC.; and JOHN DOES NOS. 1-5.,<br><br>    Defendants. | 4:12CV3226<br><br>NOTICE OF REMOVAL |

  Pursuant to 42 U.S.C. § 233(c), Defendants, Albert Halls, M.D. and Peoples' Health Center remove to this Court the State Court civil action indicated in the attachments to this Notice.

  Defendant represents that:

  Defendants Albert Halls, M.D. and Peoples' Health Center are defendants in the above captioned civil action which is pending in the District Court of Lancaster County, Nebraska, as case number CI 12 0001239. No trial has been had in that action. Copies of all process, pleadings and orders served upon Defendant in that action are attached to this notice as Exhibit A.

At all times relevant, Defendants were deemed employees of the United States of America under the authority of the Federally Supported Health Centers Assistance Act, 42, U.S.C. § 233.

Plaintiffs in the state court action seek personal injury, wrongful death, loss of consortium, and other damages from Defendants Albert Hall, M.D. and Peoples Health Center and the other named defendants for acts of alleged medical negligence upon Plaintiff's decedent.

Plaintiffs' claim for relief allegedly arises under Nebraska medical negligence law. However, Congress has provided that the exclusive remedy for such an alleged "wrongful" act of an employee of the United States Government, acting within the scope of his employment, shall be an action against the United States under the Federal Tort Claims Act, See Federally Supported Health Centers Assistance Act, 42, U.S.C. § 233(a) *et seq*. Attached hereto as Exhibit B is the certification of the United States Attorney that Defendants Albert Halls, M.D. and Peoples' Health Center were acting within the scope of his employment at time of the incident out of which the claim arose. Title 42 U.S.C. § 233(c) provides that this action shall be removed to United States District Court upon such certification.

Defendant prays that the above-captioned action, pending in the District Court of Lancaster County, Nebraska, be removed to this Court.

Dated this 8th day of November, 2012.

                                                              Respectfully Submitted,

                                                              ALBERT HALL, M.D. AND PEOPLES'
                                                              HEALTH CENTER,
                                                              DEFENDANTS

                                                              DEBORAH R. GILG
                                                              United States Attorney
                                                              District of Nebraska

                                      By:    s/ Paul D. Boeshart
                                                     PAUL D. BOESHART, 10365
                                                     Assistant U.S. Attorney
                                                     100 Centennial Mall North
                                                     487 Federal Building
                                                     Lincoln, NE  68508-3865
                                                     Tel:  (402) 437-5241
                                                     Fax:  (402) 437-5390
                                                     E-mail: paul.boeshart@usdoj.gov

## REQUEST FOR TRIAL

The United States of America requests that trial of this case be held at Lincoln, Nebraska, and that the case be calendared accordingly.

CERTIFICATE OF SERVICE

   I hereby certify that on November 8, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: N/A, and also hereby certify that a copy of the same has been served by regular mail, postage prepaid, to the following non-CM/ECF participants:

| | |
|---|---|
| Michael Brewer<br>Lewis, Pfanstiel & Williams<br>406 N. 130th Street, #101<br>Omaha, NE  68154 | Community Mental Health Center<br> of Lancaster County<br>2201 South 17th Street<br>Lincoln, NE  68502 |
| Lisa Young APRN RN MSN<br>Plaza West Psychiatrists LLC<br>2222 S. 16th Street, #330<br>Lincoln, NE  68502 | Frederick T. Harris<br>10306 Regency Parkway Dr.<br>Omaha, NE  68114 |
| Plaza West Psychiatrists LLC<br>2222 S. 16th Street, #330<br>Lincoln, NE  68502 | Andrew D. Strotman<br>Cline, Williams, Wright, Johnson<br> & Oldfather, LLP<br>233 South 13th Street, Suite 1900<br>Lincoln, NE  68508-2095 |
| Wal-Mart Stores, Inc.<br>4700 North 27th Street<br>Lincoln, NE  68521 | |

                s/ Paul D. Boeshart
                Paul D. Boeshart
                Assistant U.S. Attorney